Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHI SYLVESTER, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendant. | No. 2:13-cv-02286 RAJ<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING MDL DETERMINATION<br><br>NOTE ON MOTION CALENDAR: **January 17, 2014** |

This matter came before the Court on Defendant Target Corporation's Unopposed Motion to Stay Proceedings Pending MDL Determination. The Court having considered the papers submitted finds that the motion should be granted. Now, therefore, it is hereby

ORDERED that Defendant's Unopposed Motion to Stay Proceedings Pending MDL Determination is GRANTED. All proceedings, deadlines, and discovery in this action are STAYED until thirty (30) days after the MDL Panel rules on the currently pending motion for transfer and consolidation captioned *In re Target Corp. Customer Data Security Breach Litig.* (MDL No. 2522). The parties shall advise the court within five (5) days of any such ruling.

DATED this 29th day of January, 2014.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge